3

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
FILED
SEP 16 1998
Michael N. Milby, Clerk of Court

*Aguilar-Vasquez*

versus

*EM Trominski, INS*

§
§
§
§
§
§
§
§

CIVIL ACTION B-98-130

United States District Court
Southern District of Texas
ENTERED
SEP 17 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

## Specific Referral to Magistrate Judge

This application for a writ of habeas corpus is referred to Magistrate Judge _Black_ for a report and recommendation.

Signed _Sep. 16_, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

orefcs.
MAG flag

[Copy: Judge Black]